IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50804
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,


versus

LINDA GANN,

                                    Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-95-CR-352-5
- - - - - - - - - -
April 16, 1997
Before REAVLEY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Linda Gann pleaded guilty to aiding and abetting a wire-
fraud conspiracy.  Gann waived the right to appeal her sentence
unless she received an upward departure or the issue related to
ineffective assistance of counsel.  Gann contends that the
district court deprived her of the effective assistance of
counsel by denying her motion for funds to secure the testimony
of a court-appointed psychologist at her sentencing hearing.

      [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Even if it is presumed that Gann has raised an ineffectiveness claim, she has failed to demonstrate the prejudice necessary to establish ineffective assistance of counsel.  Strickland v. Washington, 466 U.S. 668, 694 (1984); see Lincecum v. Collins, 958 F.2d 1271, 1279-80 (5th Cir. 1992) (speculative allegations of prejudice do not establish ineffective assistance of counsel).  Accordingly, Gann's sentence is AFFIRMED.